# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINA RUELAS,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF SANGER, et al.,<br><br>           Defendants. | Case No. 1:23-cv-00742-JLT-SAB<br><br>ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 19) |

On October 18, 2023, the parties filed a stipulation to allow Plaintiff to file a second amended complaint in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file her second amended complaint within ten (10) calendar days of the date this Order is filed; and

2. Defendant shall file a responsive pleading within twenty (20) days after service of Plaintiff's second amended complaint.

IT IS SO ORDERED.

Dated:  **October 18, 2023**

UNITED STATES MAGISTRATE JUDGE