# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINA RUELAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANGER, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00742-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING DEFENDANT DESHWAN TORRENCE AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: NOVEMBER 21, 2023**<br><br>(ECF No. 11) |

On March 27, 2023, Plaintiff filed this action in the Superior Court of the State of California, County of Fresno, Case No. 23CECG01152. (ECF No. 1.) The action was removed to the Eastern District of California on May 12, 2023. (Id.) On September 21, 2023, the Court adopted a recommendation to grant Defendants City of Sanger and Sanger Police Department's motion to dismiss. (ECF No. 16.) On October 10, 2023, Plaintiff filed a first amended complaint, and additionally returned an executed summons demonstrating Defendant Deshwan Torrence was served on August 16, 2023. (ECF Nos. 17, 18.)

On October 27, 2023, pursuant to the parties' stipulation, Plaintiff filed a second amended complaint. (ECF No. 21.) On October 31, 2023, Defendants City of Sanger and Sanger Police Department filed an answer. (ECF No. 22.) A scheduling conference is currently set for November 30, 2023. (ECF No. 11.) Defendant Deshwan Torrence has not appeared in the action, and Plaintiff has not moved for entry of default against Defendant Deshwan Torrence.

Accordingly, IT IS HEREBY ORDERED that, **on or before November 21, 2023**, Plaintiff shall file a status report describing whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for Defendant Deshwan Torrence to appear in this action; or whether Plaintiff will be seeking default against Defendant prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 16, 2023**

UNITED STATES MAGISTRATE JUDGE

2