# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINA RUELAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SANGER, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00742-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF Nos. 11, 23, 24) |

On March 27, 2023, Plaintiff filed this action in the Superior Court of the State of California, County of Fresno, Case No. 23CECG01152. (ECF No. 1.) The action was removed to the Eastern District of California on May 12, 2023. (Id.) On September 21, 2023, the Court adopted a recommendation to grant Defendants City of Sanger and Sanger Police Department's motion to dismiss. (ECF No. 16.) On October 10, 2023, Plaintiff filed a first amended complaint, and additionally returned an executed summons demonstrating Defendant Deshwan Torrence was served on August 16, 2023. (ECF Nos. 17, 18.) On October 27, 2023, pursuant to the parties' stipulation, Plaintiff filed a second amended complaint. (ECF No. 21.) On October 31, 2023, Defendants City of Sanger and Sanger Police Department filed an answer. (ECF No. 22.) A scheduling conference is currently set for November 30, 2023. (ECF No. 11.)

Defendant Deshwan Torrence has not appeared in the action, and Plaintiff has not moved for entry of default against Defendant Deshwan Torrence. Therefore, on November 16, 2023,

the Court ordered Plaintiff to file a status report. (ECF No. 23.) On November 17, 2023, Plaintiff filed a stipulated motion to continue the scheduling conference, signed by the appearing parties. (ECF No. 24.) The filing proffers that the parties are informed Defendant J. Deshawn Torrence is currently in the Fresno County Jail and is in the process of retaining counsel. The parties request a forty-five (45) day continuance of the scheduling conference. The Court finds good cause to grant the request.

       Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for November 30, 2023, at 1:30 p.m, is CONTINUED to **January 25, 2024, at 10:30 a.m.**; and

2. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **November 20, 2023**

UNITED STATES MAGISTRATE JUDGE