# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINA RUELAS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SANGER, et al.,<br><br>        Defendants. | Case No. 1:23-cv-00742-JLT-SAB<br><br>ORDER STAYING ACTION PURSUANT TO STIPULATION OF PARTIES<br><br>ORDER CONTINUING SCHEDULING CONFERENCE AND REQUIRING UPDATED SCHEDULING REPORT OR STATUS REPORT<br><br>(ECF No. 27) |

On January 3, 2024, in advance of the scheduling conference set for January 25, 2024, the parties filed a joint scheduling report. (ECF No. 27.) Therein, the parties state they stipulate to a stay of this action, given a criminal matter involving similar allegations is set for trial before the same District Judge on September 24, 2024, case no. 1:22-cr-00207. (Id. at 2-3.) A state criminal action has also been stayed for this reason. (Id.) The parties request a scheduling conference be set for 30 days after the criminal matter, and if the matter is resolved earlier, the parties will contact the Court to request an earlier scheduling conference. The parties have provided proposed dates for discovery and trial, however, the filing species such dates are "subject to consideration of any stay," and thus the Court presumes that with the granting of the stay, the parties do not intend to proceed into discovery at this time, and the Court need not enter

a scheduling order prior to the staying of this action.  (Id. at 4.)  The Court finds good cause to grant the requested stay.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to stay this action is GRANTED;
2. This action is STAYED until conclusion or resolution of the criminal action, case no. case no. 1:22-cr-00207;
3. The scheduling conference set for January 25, 2024, is CONTINUED to October 31, 2024, at 1:30 p.m., in Courtroom 9;
4. The parties shall file an updated scheduling report within seven (7) days prior to the continued scheduling conference; and
5. If the matter is ready for scheduling at an earlier date, the parties shall file a joint status report addressing the need to advance the scheduling conference in this matter.

IT IS SO ORDERED.

Dated:  **January 11, 2024**

UNITED STATES MAGISTRATE JUDGE