# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINA RUELAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANGER, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00742-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 29)<br><br>**DEADLINE: APRIL 5, 2024** |

　　　　This action was removed to this Court from the Fresno County Superior Court on May 12, 2023. (ECF No. 1.) On February 20, 2024, the parties filed a notice of settlement. (ECF No. 29.) The parties indicate they expect to file the notice of dismissal within forty-five (45) days, following finalization of the settlement terms. (Id.)

　　　　Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties do not expressly request additional time to file the dispositional documents but indicate they will require up to forty-five days to file the notice of dismissal. Construing this notice as a request for an extension, the Court finds good cause exists to extend the time to file dispositional documents to forty-five days. The parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **April 5, 2024**.

IT IS SO ORDERED.

Dated:   **February 21, 2024**

UNITED STATES MAGISTRATE JUDGE